## 17808.   CONKLE v. THE STATE.

DECIDED MARCH 8, 1927.

Attempt to make intoxicating liquor; from Clayton superior court—Judge Hutcheson. October 23, 1926.

*Charles H. Griffin* and *O. J. Coogler,* for plaintiff in error.
*Claude C. Smith,* solicitor-general, contra.

Criminal Law, 17 C. J. p. 255, n. 53; p. 271, n. 41.

---

## 17809.   CONKLE v. THE STATE.

BLOODWORTH, J. There is no merit in any of the grounds of the amendment to the motion for a new trial, and the evidence authorized the verdict.   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 8, 1927.

Criminal Law, 17 C. J. p. 255, n. 53.

Possessing intoxicating liquor; from Clayton superior court—Judge Hutcheson.   October 23, 1926.

*Charles H. Griffin, O. J. Coogler,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.